# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00198-CV

**Peter D. Wagner and Charlotte Jockman, Appellants**

**v.**

**Deutsch Bank National Trust Company, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-10-000632, HONORABLE DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Peter D. Wagner has notified this Court that he has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, case number 10-11065 CG). Accordingly, the appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. Any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Bankruptcy

Filed: July 13, 2010